# Exhibit A

DOCS_DE:234338.1 89006/001

*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**

*Vendor:*

CORRA TECHNOLOGY INC
363 BLOOMFIELD AVE ST
E 3C MONTCLAIR NJ 07042

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 685540 | 06/06/2019 | 06/11/2019 | 85,500.00 | 2019-1924 | 05/01/2019 | 34,155.00 |
| 685540 | 06/06/2019 | 06/11/2019 | 85,500.00 | 2019-1925 | 05/01/2019 | 51,345.00 |
| 1700037 | 07/18/2019 | 07/24/2019 | 97,103.75 | 2019-2100 | 06/01/2019 | 35,048.75 |
| 1700037 | 07/18/2019 | 07/24/2019 | 97,103.75 | 2019-2101 | 06/01/2019 | 62,055.00 |
| TOTAL | | | $ 182,603.75 | 6 | | |